# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NOS. 15-443-03 |
| | : | 16-390-01 |
| SHARAE JOHNSON COLEMAN | : | |

## ORDER

This 22nd day of August, 2019, it is hereby **ORDERED** that the Motion Requesting that Petitioner's Sentencing Scheme Run Concurrently (Doc #291) is **DENIED**.

                                                   /s/ Gerald Austin McHugh
                                                  United States District Judge