IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | Nos. 15-443-3, 16-390-1 |
| SHARAE JOHNSON COLEMAN | : | |
| | : | |
| | : | |

**ORDER**

This 2nd day of March, 2021, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release is **DENIED.**

    /s/ Gerald Austin McHugh
United States District Judge

1